JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA MARTINEZ, individual, JOSEPH COBORUBIO, by and through his guardian ad litem MICHAEL QUINONES, E.G., by and through her guardian ad litem ROCIO QUINONES; ANNA REYES; and G.C., by and through her guardian, ELSA MONTELLANO, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case Number: CV-17-1865-R <br><br> ORDER TO DISMISS WITHOUT PREJUDICE |

**COMES NOW** the Plaintiffs MONA MARTINEZ, individual; JOSEPH COBORUBIO, by and through his guardian ad litem MICHAEL QUINONES; E.G., by and through her guardian ad litem ROCIO QUINONES; ANNA REYES; and minor

ORDER TO DISMISS, WITHOUT PREJUDICE

1

G.C., by and through her guardian, ELSA MONTELLANO, and Defendant UNITED STATES OF AMERICA and DOES 1 through 10, inclusive, to dismiss this action, without prejudice, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice.

Dated: September 21, 2017

_____
HON. MANUEL L. REAL,
UNITED STATES DISTRICT JUDGE